AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximum penalties: 20 years of imprisonment (18 U.S.C. § 1343); $250,000 fine or twice gross gain or loss (18 U.S.C. § 3571(b)(3)); 3 years of supervised release (18 U.S.C. § 3583(b)(2)); $100 special assessment (18 U.S.C. § 3013)

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUN 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ JOHN FOX

**DISTRICT COURT NUMBER**
CR16-00281   JD

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Benjamin Kingsley

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No     If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:
c/o Attorney Robert Breakstone, 311 California Street, 10th Floor
San Francisco, CA 94104

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 7/13/16 at 9:30 a.m.     Before Judge: Hon. Donna M. Ryu

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

FILED
JUN 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR16-00281 JD |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. ) | |
| JOHN FOX, ) | |
| Defendant. ) | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

1. From in or about 2009 to in or about 2015, in the Northern District of California, the defendant,

JOHN FOX,

did knowingly and with the intent to defraud devise, participate in, and execute, and attempt to execute, a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions and concealment of material facts, and, in furtherance of and for the purpose of executing this scheme and artifice, and attempting to do so, did knowingly transmit and cause to be transmitted writings, signs, and signals, in interstate and foreign commerce by means of wire communications, namely, a wire transfer of $100,271.28 from H.W.M.L. in Hong Kong to a bank account in the Northern District of California, in violation of Title

INFORMATION

18, United States Code, Section 1343.

<u>FORFEITURE ALLEGATION</u>:    (18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 – Forfeiture of Fraud Proceeds)

2. The allegations in Paragraph 1 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

3. Upon conviction of the offense alleged in the single count above, the defendant,

JOHN FOX,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real and personal, which constitutes or is derived from proceeds traceable to said violations.

DATED:    June 28, 2016

BRIAN J. STRETCH
United States Attorney

_____
PHILIP A. GUENTERT
Deputy Chief, Criminal Division

(Approved as to form: _____)
                        AUSA KINGSLEY

INFORMATION                              2